NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ANDOLYN JOHNSON
Assistant United States Attorney
Nevada Bar Number 14723
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Andolyn.Johnson@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Jose Valentin Mora,<br><br>　　　　　Defendant. | 3:18-CR-00053-MMD-WGC<br><br>**Unopposed Motion to Dismiss and Proposed Order** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without opposition from the defendant, and by leave of Court endorsed hereon, and in accordance with the plea agreement filed in 3:18-cr-0057-MMD-WGC [ECF No. 601], the United States Attorney for the District of Nevada hereby moves to dismiss the indictment filed on June 27, 2018 [ECF No. 1], against Jose Valentin Mora, defendant herein, with prejudice.

Dated this 10th day of February, 2020.　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　NICHOLAS A. TRUTANICH
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　__/s/ Andolyn Johnson__
　　　　　　　　　　　　　　　　　　　　　　　ANDOLYN JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

        Plaintiff,

v.

Jose Valentin Mora,

        Defendant.

3:18-CR-00053-MMD-WGC

## ORDER

Leave of Court is granted for the filing of the foregoing motion to dismiss pursuant to Fed. R. Crim. P. 48(a) with prejudice; and

IT IS THEREFORE ORDERED that the indictment against JOSE VALENTIN MORA is hereby DISMISSED WITH PREJUDICE.

Dated: February 10, 2020

_____
HONORABLE MIRANDA M. DU
United States District Judge

# CERTIFICATE OF SERVICE

It is hereby certified that pursuant to LCR 47-4 service of the foregoing **UNOPPOSED MOTION TO DISMISS AND PROPOSED ORDER** was made through email to the following:

Chris Frey, Esq.
Assistant Federal Public Defender
Chris_Frey@fd.org

Dated this 10th day of February, 2020.

By: _/s/ Andolyn Johnson_
ANDOLYN JOHNSON